AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**CHRISTOPHER CLAYTON FORD**
**DOB:**
**PDID:**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 13, 2007__ in __WASHINGTON__ county, in the District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER JAMES M. BOTELER JR.__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
**OFFICER JAMES M. BOTELER JR.**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                                                           City and State

_____    _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Tuesday, November 13, 2007, at about 1430 hours, sworn officers of the Metropolitan Police Department's Narcotics and Special Investigations Division and the Federal Bureau of Investigation conducted a joint narcotics operations.

      A confidential source (CS) advised a member of the joint narcotics operations that "IT" observed a black male known as "Fat Nasty" in the area of 45th & Douglas Streets, N.E., Washington, D.C., in possession of, and selling PCP from a silver Cadillac, bearing D.C. tag CM3267. The CS stated that "IT" observed the defendant place a tan colored shoe-box containing numerous glass vials of PCP into the trunk of the Cadillac.

      Officers responded to the area and located the Cadillac parked across from 4449 Douglas Street, N.E. The CS was with the officers and identified the defendant as the person it knew as " Fat Nasty". The officers approached the defendant who was identified as Christopher Clayton Ford and who was standing by the open trunk of the Cadillac. The officers detected a strong odor of PCP coming from the trunk of the Cadillac. The defendant was handcuffed and detained and when an officer stated that he intended to search the trunk, the defendant ran. The defendant was re-apprehended in the 4400 block of Quarles Street, N.E., Washington, D.C.

      Seized from the trunk of the Cadillac a tan and orange colored shoe box which contained 28 half ounce glass vials each of which was filled with a yellowish liquid with the a strong chemical odor consistent with "PCP" and gatorade bottle that contained a small amount of yellow liquid with an odor consistent with PCP. In addition, photos of the defendant and personal papers and mail matter in his name were found throughout the trunk and the passenger compartment of the Cadillac. The officers also recovered the keys to the Cadillac and $1080.00 in U. S. currency from the defendant's person.

      The estimated street value for the suspected PCP is approximately $29,000.00, based on the training and experience of law enforcement officers, it is believed that the possession of this amount of PCP is consistent with an intent to distribute the illegal drug.

                                                      _____
                                                      OFFICER JAMES M. BOTELER JR.
                                                       METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF NOVEMBER 15, 2007

                                                       _____
                                                        U.S. MAGISTRATE JUDGE