UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0562M-01 (CR) |
| **CHRISTOPHER C. FORD,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iv) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | of 100 Grams or More of Phencyclidine) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 13, 2007, within the District of Columbia, **CHRISTOPHER C. FORD**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Possession With Intent to Distribute 100 grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.