IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | 1:07-cr-00345(RMU) |
| | : | |
| CHRISTOPHER FORD | : | |

LINE ENTERING APPEARANCE

Please enter the appearance of Douglas J. Wood, and the law firm of Roberts & Wood, for defendant Christopher Ford.

Respectfully submitted,

/s/
_____
Douglas J. Wood, #965-830
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of_____, 2007 to: Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530


_____/s/_____
Douglas J. Wood