```
                                                              FILED
     UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA                          DEC 2 0 2007

                                                    NANCY MAYER WHITTINGTON, CLERK
                                                         U.S. DISTRICT COURT
```

UNITED STATES OF AMERICA            :
                                    :
            v.                      :     Criminal Action No.: 07-345 (RMU)
                                    :
CHRISTOPHER FORD,                   :
                                    :
            Defendant.              :

## CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 20th day of December 2007,

ORDERED that the parties file all:

| | |
|---|---|
| Pretrial Motions\Notices | on or before January 3, 2008; |
| Oppositions | on or before January 17, 2008; and |
| Replies | on or before January 31, 2008; and it is |

FURTHER ORDERED that this case be set for:

| | |
|---|---|
| An interim status conference | on February 11, 2008, at 10:45 ; and |
| A motions hearing | on March 13, 2008, at 3:30; |

and it is

ORDERED that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.