UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: 07-345 (RMU)
:
CHRISTOPHER FORD,  :
:
Defendant.  :

**FILED**
FEB 1 1 2008
Clerk, U.S. District and
Bankruptcy Courts

ORDER

It is this 11th day of February 2008, hereby

ORDERED a Status hearing in the above-captioned case shall take place on March 13, 2008 at 3:30.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge