IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : Criminal No. 07-00345 (RMU) |
| | : |
| CHRISTOPHER C. FORD | : |

**BOND REVIEW MOTION**

The defendant, through his attorney, requests that this Court review the defendant's detention status pending trial. In support of this request the defendant states the following:

1. The defendant is presently detained pending trial. .

2. The defendant lives with his parents at 4452 Douglas Street, N.E., Washington, D.C.

3. The defendant is 21 years old.

4. The defendant does not use or abuse drugs or alcohol and there is nothing in his background that indicates that he will not appear in court as required. In fact the defendant is the father of a small child and he is dedicated to raising that child along with the mother of that child.

5. The defendant has a limited adult record consisting of two prior misdemeanor charges. While he is on probation in one of those cases, no adverse action has been taken in that case. Counsel believes that the defendant was in compliance with his probation before his arrest in this case.  While the defendant has a juvenile record, it is counsel's understanding that in that case he was placed in a residential treatment facility and that he did quite well while in the program. As a result of his progress in that program the defendant was able to graduate from high school. Counsel is in the process of obtaining records of his compliance with the terms and conditions of his juvenile probation.

6. The defendant sincerely misses his family and believes that a placement in a halfway house or with electronic monitoring will assure that he appears in court as required.  Either one of these restrictions would allow the Court to supervise the defendant pending the outcome of this case without th adverse consequences he now suffers from as a result of this incarceration.

WHEREFORE, based on the above the defendant would request that this request be granted.

Respectfully submitted,

/s/
_____
DOUGLAS J. WOOD
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland  20737
(301) 699-0764

Counsel for Defendant

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing Respondent's Motion was mailed, first class, postage prepaid, this 13th day of February, 2008, to Assistant United States Attorney Jean W. Sexton in the Office of the United State's Attorney for the District of Columbia, 555 4th Street. N.W., Room 4235, Washington, D.C. - 20530

_____/s/_____
DOUGLAS J. WOOD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Criminal No.: 07-00345 (RMU) |
| CHRISTOPHER FORD | : | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Bond Review, good cause having been shown therefor, it is, this _____ day of February 2008,

ORDERED, that Defendant's Motion be, and the same is hereby, GRANTED and it is further

ORDERED, that a hearing be scheduled.

_____
J U D G E

Copies to:

Douglas J. Wood, Esq.
Jean Sexton, Esq.