UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :    Criminal Action No.: 07-345  (RMU)
                                  :
CHRISTOPER FORD                   :
                               ,  :
                                  :    **FILED**
              Defendant.          :
                                  :    MAR 13 2008
                **ORDER**
                                       Clerk, U.S. District and
                                       Bankruptcy Courts

It is this 13th day of MARCH 2008, hereby

**ORDERED** a STATUS hearing in the above-captioned case shall take place on April 17, 2008 at 1:30.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge