UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-345 (RMU) |
| | : | |
| CHRISTOPHER FORD, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED
APR 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 17th day of April 2008,

**ORDERED** that the status hearing in the above-captioned case scheduled for April 17, 2008 is hereby **VACATED** and **RESCHEDULED** for May 27, 2008 at 2:30. By consent of the parties and in the interest of justice, speedy trial time is waived from April 17, 2008 to May 27, 2008.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge