UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :   Criminal Action No.: 07-345 (RMU)
                                  :
CHRISTOPHER FORD,                 :
                                  :           **FILED**
         Defendant.               :
                                      MAY 27 2008
              **O R D E R**
                                      Clerk, U.S. District and
                                      Bankruptcy Courts

It is this 27th day of August 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~August~~ June 19, 2008 at ~~10:00~~ 2:00 ~~a~~pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge