

**FILED**

**JUN 19 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     : | Criminal Case No. 07-345 (RMU) |
|   : | |
| v.    : | |
|   : | Status Hearing: April 17, 2008 |
| **CHRISTOPHER C. FORD,**    : | |
|   : | |
| Defendant.    : | |

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING OF CHRISTOPHER C. FORD

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

**I.    ELEMENTS OF THE OFFENSE:**

The essential elements of the offense of Unlawful Possession with the Intent to Distribute Ten Grams or More of Phencyclidine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iv) are:

1. That the defendant possessed ten grams or more of actual phencyclidine (PCP), which the law makes a controlled substance.

2. That the defendant possessed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

3. That when the defendant possessed the controlled substance, he had the specific intent to distribute it. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return.

II.  **COPY OF THE PLEA AGREEMENT:**

A copy of the plea agreement, dated March 27, 2008, and not yet executed by the parties, is attached.

III.  **FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:**

The United States and Defendant Christopher Ford agree and stipulate as follows:

On November 13, 2007, members of the Metropolitan Police Department's Narcotics and Special Investigations Division (NSID) and the Federal Bureau of Investigation were conducting a joint narcotics operation within the Sixth District. During the course of that operation, Officer James Boteler met with a paid confidential informant (CI). The CI had provided reliable information on over fifty occasions that had led to the recovery of both illegal narcotics and numerous firearms, and the CI had never provided false information while working with NSID.

The CI advised Officer Boteler that it had personal knowledge that an individual it knew by the nickname "Fat Nasty," later identified as the defendant, Christopher Ford, was in possession of a large amount of phencyclidine, otherwise known as PCP. The CI told Officer Boteler that it personally observed the defendant occupying a silver Cadillac with District of Columbia license plate number CM3267 that was parked at the intersection of 45th Street and Douglas Street, N.E., Washington, D.C., and that it observed the defendant place a tan-colored shoe box containing vials of PCP into the trunk of the Cadillac. FBI Special Agents responded to 45th and Douglas Streets, N.E., and immediately observed the vehicle, a silver 1994 Cadillac Deville with license plate number CM3267, parked across from 4449 Douglas Street, N.E.

At approximately 2:40 p.m., FBI Special Agents met with the CI and they drove to the area in an unmarked undercover law enforcement vehicle. As they drove through the area, the CI pointed out the defendant who was standing by the silver Cadillac. The CI also told the agents

that it had seen the defendant selling PCP from that Cadillac earlier that day.

After dropping off the CI, the agents then drove back to 45th and Douglas Streets, and observed the defendant standing at the open trunk of the Cadillac speaking with two women. The agents pulled up next to the Cadillac and got out of their car. As they approached the defendant, they immediately smelled the strong chemical odor associated with PCP coming from the open trunk of the silver Cadillac and from the defendant himself. The agents also saw several shoe boxes in the open trunk. The agents handcuffed the defendant and told him they were going to search the trunk of the Cadillac. The defendant then turned and ran down street with his hands cuffed behind his back. Two agents chased the defendant and caught him in the 4400 block of Quarles Street, N.E. without further incident.

While the other two agents chased the defendant, Special Agent Grover stayed by the Cadillac and opened a tan shoe box that was located on the right side of the trunk. The shoe box contained 28 half-ounce glass vials each containing a yellowish liquid with a strong chemical odor associated with PCP and an empty Gatorade bottle also with a strong chemical odor associated with PCP. A subsequent DEA analysis confirmed that the vials contained 94.5 grams of actual PCP which would have an average street value of approximately $29,000. The Gatorade bottle contained no controlled substance. The shoe box and the vials were processed for prints. Of thirty-one prints recovered, eleven were of value, and eight have been positively identified as belonging to the defendant. These prints were recovered off both the vials and the shoe box.

A further search of the Cadillac resulted in the recovery of Court Services & Offender Supervision (CSOSA) paperwork for Christopher Ford in both the center console arm rest and the driver's side door map pocket of the Cadillac, photographs of the defendant, and a Virgin

Mobile Cellular Phone. Two pay stubs with Christopher Ford's name were recovered from underneath the shoe box containing the PCP. Finally, search incident to arrest of Ford resulted in the recovery of $1,080.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              UNITED STATES ATTORNEY

By: _____
     JEAN W. SEXTON
     Assistant U.S. Attorney
     N.J. Bar 02122-1995
     U.S. Attorney's Office
     555 4th Street, N.W., Room 4235
     Washington, D.C. 20530
     202-305-1419; jean.sexton@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read this submission, including the elements of the offense section, the attached plea agreement, and the factual proffer, and have discussed it with my attorney, Douglas Wood, Esquire. I fully understand this submission and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully. I am pleading guilty because I am in fact guilty.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this submission and the attached plea agreement. I am satisfied with the legal services provided by my attorney in connection with this submission and plea agreement and matters related to it.

Date: 6-18-08                              _Christopher Ford_ (signature)
                                           Christopher C. Ford
                                           Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this submission and the attached plea agreement, reviewed them with my client, Christopher C. Ford, and discussed the provisions of the submission and agreement with my client, fully. These pages accurately and completely sets forth the entire submission and plea agreement. I concur in my client's desire to plead guilty as set forth in this submission and agreement.

Date: 6-18-08                              _Douglas Wood_ (signature)
                                           Douglas Wood, Esquire
                                           Attorney for the Defendant