UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No.: 07-345 (RMU) |
| CHRISTOPHER FORD, | : |
| Defendant. | : |

**ORDER**

FILED
SEP 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 5th day of September, 2008,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled to take place on September 11, 2008, at 9:45 a.m. is canceled, and rescheduled for September 23, 2008 at 1:45 p.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge